MARY E. POTTER, Respondent, *v.* FRED R. ENGERT, Appellant.

*Potter* v. *Engert*, 151 App. Div. 897, affirmed.
(Submitted February 13, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered May 10, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to restrain the defendant from interfering with a line fence between property belonging to his wife and the plaintiff's property and for damages.

*F. E. Converse* and *E. W. Hamn* for appellant.

*Clyde W. Knapp* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.